# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOSEPH WALKER,**

 Plaintiff,

v.             Case No. 20-CV-542

**DAVID J. CLARKE, et al,**

 Defendants.

## ORDER

  Plaintiff Joseph Walker filed a *pro se* complaint alleging that the defendants violated his rights under federal and state law when he was a pretrial detainee at the Milwaukee County Criminal Justice Facility, along with a motion for leave to proceed without prepayment of the filing fee. (Docket ##1, 2.) On May 18, 2020, I reviewed the complaint under 28 U.S.C. § 1915(e)(2)(B), identified several deficiencies, and ordered Walker to file an amended complaint within fourteen days. (Docket #5.) Walker has not filed an amended complaint. However, on June 16, 2020, Walker called the Clerk's Office and requested a copy of the Screening Order. He provided the court with his "mailing" address, which is different than the address the court had for him. Court staff mailed Walker a copy of the Screening Order.

  Under the circumstances, I will allow Walker additional time to file his amended complaint. Walker should file his amended complaint within fourteen days

of the date of this order. If Walker does not timely file his amended complaint, this case may be dismissed for lack of diligence.

**THEREFORE, IT IS ORDERED** that Walker has fourteen days from the date of this order to file an amended complaint consistent with the Screening Order.

Dated at Milwaukee, Wisconsin, this 22nd day of June, 2020.

**BY THE COURT:**

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge